IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:92-cr-05264-LJO |
| Plaintiff, | ) ORDER OF RELEASE |
| vs. | ) |
| Donovan D. Oliver, | ) |
| Defendant. | ) |

The above named defendant having been sentenced on July 14, 2014 to TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **July 14, 2014**              **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

Order of Release - 1